BRIAN C. SHAPIRO
ATTORNEY AT LAW: 192789
LAW OFFICES OF LAWRENCE D. ROHLFING
12631 EAST IMPERIAL HIGHWAY, SUITE C-115
SANTA FE SPRINGS, CALIFORNIA 90670-4756
TEL: 562/868-5886
FAX: 562/868-5491
Email: brian_rohlfing.office@speakeasy.net

Attorney for Plaintiff RONALD L. SNAPP

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD L. SNAPP,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE<br>Commissioner of Social Security,<br><br>    Defendant. | No. 1:09-CV-01091 SMS<br><br>STIPULATION TO DISMISSAL ;<br><br>ORDER |

    The parties, through their undersigned counsel of record, HEREBY STIPULATE, subject to the approval of the Court, to a dismissal of the above-captioned matter, pursuant to Rule 41 (a)(1)(ii) of the Federal Rules of Civil Procedure. Each party shall bear his/her own costs and expenses.

///
///
///
///
///

-1-

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | DATED: November 4, 2009 | LAW OFFICES OF LAWRENCE D. ROHLFING |
| 2 | | */s/ - Brian C. Shapiro* |
| 3 | | _____ |
| 4 | | BRIAN C. SHAPIRO<br>Attorney for RONALD L. SNAPP |

DATE:  November 6, 2009    LAWRENCE G. BROWN
                           United States Attorney


                           */S/-*Leo R. Montenegro*

                           _____
                           LEO R. MONTENEGRO
                           SPECIAL ASSISTANT AUSA
                           Attorney for Defendant
                           [*By via e-mail authorization 11/6/09]

PDF created with pdfFactory trial version www.pdffactory.com

-3-

IT IS HEREBY ORDERED, based on the stipulation by and between the parties, through their respective counsel, that the court dismisses the above matter without prejudice. Each side to bear his/her own costs and expenses, including but not limited to attorney's fees.

**IT IS SO ORDERED.**

Dated: <u>   November 9, 2009   </u>      <u>   /s/ Sandra M. Snyder   </u>
                                         **UNITED STATES MAGISTRATE JUDGE**

PDF created with pdfFactory trial version www.pdffactory.com